FILED

Oct 20 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THADDEUS KEITH BONNER,

Petitioner,

v.

P. COVELLO,

Respondent.

Case No. 20-cv-06205 NC (PR)

**ORDER OF TRANSFER**

Petitioner, a state prisoner incarcerated at Mule Creek State Prison and proceeding *pro se*, seeks federal habeas review pursuant to 28 U.S.C. § 2254.  *See* Dkt. No. 1 at 1.  In the underlying federal habeas petition, Petitioner challenges prison conditions which puts him at a substantial risk of serious harm and death due to COVID-19.  *See id* at 6.

Venue is proper in a habeas action in either the district of conviction or the district of confinement.  28 U.S.C. § 2241(d).  But the district of confinement is the preferable forum to review the execution of a sentence.  *See* Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).  Because Mule Creek State Prison is located in Ione, California, which lies within the Eastern District of California, the Court orders that, pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be transferred to the United States District Court for the Eastern

Case No. 20-cv-06205 NC (PR)
ORDER OF TRANSFER

District of California.

Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California, the district in which Petitioner is currently confined.  *See* 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b)(2).  The Clerk shall terminate any pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

DATED:   October 20, 2020                              _____



NATHANAEL                          US
UNI                                        RATE JUDGE

GRANTED

Judge Nathanael M. Cousins

Case No. 20-cv-06205 NC (PR)
ORDER OF TRANSFER

2